1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN CHARLES HEINRICH, an             No.  1:18-cv-00664-DAD-SKO
    individual; and BOBBIE-ANN
12  HEINRICH, an individual,

13              Plaintiffs,              ORDER TO PLAINTIFFS TO SHOW CAUSE
                                        WHY SANCTIONS SHOULD NOT BE
14         v.                           IMPOSED FOR FAILURE TO PROSECUTE
                                        AND FAILURE TO OBEY A COURT
15  DITECH FINANCIAL, LLC, a Delaware    ORDER
    Limited Liability Company; NBS
16  DEFAULT SERVICES, LLC, a Texas      **Fourteen-Day Deadline**
    Limited Liability Company; MRO
17  INVESTMENT, INC., a California
    corporation; and DOES 1 through 20,
18  inclusive,

19              Defendants.

20

21         On March 1, 2019, the court issued an order that, among other things, granted defendant

22  MRO Investment Inc.'s motion to dismiss with leave to amend, and directed plaintiffs to file

23  within thirty days either an amended complaint or a notice indicating their willingness to proceed

24  only on the remaining claims.  (Doc. No. 31 at 11.)  Far more than thirty days have passed, and

25  plaintiffs have not filed an amended complaint or otherwise communicated with the court.

26         Accordingly, plaintiffs are hereby ordered to show cause in writing within fourteen (14)

27  days from the date of service of this order why sanctions should not be imposed due to their

28  failure to prosecute and failure to obey the court's March 1, 2019 order.  Plaintiffs may discharge

                                            1

this order to show cause by either filing an amended complaint or notifying the court of their willingness to proceed only on the remaining claims. Plaintiffs are cautioned that failure to appropriately respond to this order may result in the imposition of sanctions, including possible dismissal of this action. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992); *Thompson v. Hous. Auth. of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986).

IT IS SO ORDERED.

Dated:   **June 4, 2019**                     _____
                                             UNITED STATES DISTRICT JUDGE